1  RANDOLPH GAW (S.B. #223718)
   rgaw@gawpoe.com
2  MARK POE (S.B. #223714)
   mpoe@gawpoe.com
3  SAMUEL SONG (S.B. #245007)
   ssong@gawpoe.com
4  VICTOR MENG (S.B. #254102)
   vmeng@gawpoe.com
5  FLORA VIGO (S.B. #239643)
   fvigo@gawpoe.com
6  GAW | POE LLP
   4 Embarcadero, Suite 1400
7  San Francisco, CA 94111
   Telephone: (415) 766-7451
8  Facsimile: (415) 737-0642

9  Attorneys for Plaintiff Bulletin Marketing, LLC

APPROVED
Judge Beth Labson Freeman

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BULLETIN MARKETING, LLC, | Case No. 5:17-CV-07211-BLF |
| Plaintiff, | **PLAINTIFF'S NOTICE OF TENTATIVE SETTLEMENT** |
| v. | Judge:     Hon. Beth L. Freeman |
| GOOGLE LLC. | Courtroom: 3 |
| Defendant. | |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE that plaintiff Bulletin Marketing, LLC and defendant Google

3  LLC have reached a tentative, individual settlement of all of Plaintiff's claims for relief.  The

4  parties expect this settlement to moot Google's pending motion to dismiss the above-entitled

5  action and they respectfully request the Court to hold that motion in abeyance as the parties

6  document their agreement.  As this is an individual settlement only, Plaintiff will not seek to

7  certify a class for settlement purposes.

8  Plaintiff anticipates entering into a final settlement agreement with Defendant within the

9  next 30 days and will promptly dismiss this action with prejudice, once the parties formally

10  memorialize their agreement.

12  Dated:  March 21, 2019          GAW | POE LLP

14                     By: _____
                         Randolph Gaw
15                       Attorneys for Plaintiff Bulletin
                         Marketing, LLC